IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

YANJUN LI,
LI ZHONG,

    Plaintiffs,

v.                                        CASE NO. 1:06-cv-00229-MP-AK

MICHAEL CHERTOFF,
EMILIO T. GONZALEZ,
ROBERT S. MUELLER, III,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 15, Motion to Dismiss, by Michael Chertoff, Emilio T. Gonzalez, Robert S. Mueller, III.  According to the motion, Plaintiffs have received the requested immigration relief, and the motion is unopposed.  Plaintiffs have also agreed to forego any costs and fees to which they might otherwise have been entitled.

Accordingly, it is **ORDERED**:

That the motion to dismiss, Doc. 15, is **GRANTED**;

That this cause is hereby **DISMISSED WITH PREJUDICE** without the assessment of costs or fees.

**DONE AND ORDERED** this *16th* day of February, 2007.

                                *s/ A. KORNBLUM*
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**